United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>GREGORY CASORSO,<br>    Defendant. | Case No. 14-cr-00580-PJH-3<br><br>**SUPPLEMENTAL STATEMENT OF REASONS FOR SENTENCING** |

    Having continued the sentencing hearing that was initially held on November 15, 2017, the court sentenced defendant Gregory Casorso on November 29, 2017, to a term of imprisonment of 18 months, a term of supervised release of 3 years, a fine of $20,000, and a special assessment of $100. The court denied defendant's request to waive the fine altogether as recommended in the PSR due to inability to pay the guideline fine range pursuant to USSG § 2R1.1(c)(1). On reflection, the court realizes it neglected to state its reasoning for imposing the $20,000 fine at the hearing, and does so here.

    Based on the volume of commerce determined by the court to be in the amount of $8,418,899 pursuant to USSG § 2R1.1(b)(2), the guideline fine range is $84,188.99 to $420,944.95. The court agreed with the probation officer's assessment that based on the worth of his assets and his reported income and expenses, defendant is unable to pay a fine within the guideline range. PSR ¶ 78. However, the court declined to waive the fine in light of the Sentencing Commission's policy statement that "[s]ubstantial fines are an essential part of the sentence," and to avoid unwarranted sentencing disparities among the defendants charged in this indictment and as compared to the 29 or so defendants in

related cases who have already been sentenced. Upon review of defendant's assets and income, in light of the probation officer's recommendation that defendant did not have ability to pay a fine within the guideline range, the court determined that the alternative minimum fine of "not less than $20,000" under USSG § 2R1.1(c)(1) was an appropriate monetary penalty, which the court has imposed on other bid-rigging defendants who have either had limited financial resources or entered plea agreements. Accordingly, the court ordered that the total criminal monetary penalties be paid in installments of $200 per month.

**IT IS SO ORDERED.**

Dated: November 30, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge